UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
JUL 21 2022
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CASEY WHITE,<br><br>　　　　Defendant. | CAUSE NO. 3:22-cr-00026-MPB-RLY |

## INDICTMENT

### Count One

[18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm]

The Grand Jury charges that:

On or about May 9, 2022, within the Southern District of Indiana, Evansville Division, CASEY WHITE, defendant, did knowingly possess in commerce and affecting commerce one or more firearms, to wit: a Hi-Point, .380 handgun bearing serial number P762347; a Glock, Model 21, .45 handgun bearing serial number AEZN129; a Smith & Wesson 9mm, bearing serial number HVS8651; a Smith & Wesson 9mm, bearing serial number HUY5542 and/or a Milsport, Model AR15, bearing serial number MSA095535, after having been knowingly convicted of one or more crimes punishable by a term of imprisonment exceeding one (1) year, including a felony Attempted Murder and Kidnapping in Limestone County, Alabama under cause number CC2016-000177 on or about April 16, 2019.

All of which is in violation of Title 18, United States Code, Section 922(g)(1).

1

## Count Two

[18 U.S.C. § 922(g)(2)- Fugitive in Possession of a Firearm]

The Grand Jury further charges that:

On or about May 9, 2022, within the Southern District of Indiana, Evansville Division, CASEY WHITE, defendant, did knowingly possess in commerce and affecting commerce one or more firearms, to wit: a Hi-Point, .380 handgun bearing serial number P762347; a Glock, Model 21, .45 handgun bearing serial number AEZN129; a Smith & Wesson 9mm, bearing serial number HVS8651; a Smith & Wesson 9mm, bearing serial number HUY5542 and/or a Milsport, Model AR15, bearing serial number MSA095535, knowing that he was a fugitive from justice based on his April 29, 2022, escape from the Lauderdale County Jail in Florence, Alabama where he was being held in custody based on his 2019 conviction for Attempted Murder and Kidnapping in Limestone County, Alabama under cause number CC2016-000177.

All of which is in violation of Title 18, United States Code, Section 922(g)(2).

## FORFEITURE

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby gives the defendant notice that the United States will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 924(d), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 924(d), if convicted of the offense set forth in Counts 1 and/or 2 of this Indictment, the defendant shall forfeit to the United States "any firearm or ammunition involved in" the offense.

3. The property subject to forfeiture includes, but is not necessarily limited to, the following:

   a. a Hi-Point, .380 handgun bearing serial number P762347;

   b. a Glock, Model 21, .45 handgun bearing serial number AEZN129;

   c. a Smith & Wesson 9mm, bearing serial number HVS8651;

   d. a Smith & Wesson 9mm, bearing serial number HUY5542;

   e. a Milsport, Model AR15, bearing serial number MSA095535; and

   f. all ammunition recovered with the firearms.

4. The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), if any of the property described above in paragraph 3, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty.

5. In addition, the United States may seek civil forfeiture of the property described above in paragraph 3 pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

~~FOREPERSON~~

ZACHARY A. MYERS
United States Attorney

By: _____
Lauren Wheatley
Assistant United States Attorney

4