UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

**FILED**

JUL 21 2022

U.S. DISTRICT COURT
EVANSVILLE, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CAUSE NO. 3:22-cr- 𝒶𝓎    -RLY-MPB |
| | ) | |
| CASEY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE

Comes now, Zachary A. Myers, United States Attorney for the Southern District of

Indiana, by Lauren M. Wheatley, Assistant United States Attorney for the Southern District of

Indiana, and enters her appearance as counsel for the United States of America.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:    _____
       Lauren M. Wheatley
       Assistant United States Attorney