UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

FILED
JUL 21 2022
U.S. DISTRICT COURT
EVANSVILLE, INDIANA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 3:22-cr-24-RLY-MPB |
| CASEY WHITE, | ) | |
| Defendant. | ) | |

### PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm | 10 | $250,000 | 4 years |
| 2 | 18 U.S.C. § 922(g)(2) Fugitive in Possession of a Firearm | 10 | $250,000 | 4 years |

Dated: _____

_____
Casey White
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana